AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____

ACCESS NOW, INC., and
EDWARD RESNICK,

    **Plaintiffs,**

        **v.**

FMC PLANTATION LIMITED PARTNERSHIP,

    **Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CIV-GRAHAM**

**00-6183**

TO:  **FMC PLANTATION LIMITED PARTNERSHIP**

By serving:

    **CT Corporation System**
    **1200 South Pine Island Road**
    **Plantation, Florida 33324**

MAGISTRATE JUDGE
TURNOFF

*[stamp: FILED BY ___ D.C. / 00 FEB -3 AM 10 07 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. FT L.]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Gregory E. Schwartz, Esq.
    Navon, Kopelman, O'Donnell & Lavin, P.A.
    2699 Stirling Road, Suite B-100
    Fort Lauderdale, FL 33312
    (954) 967-2788

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgment by Default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox _____

CLERK

(BY) DEPUTY CLERK

FEB - 3 2000 _____

DATE

AO 440 (Rev. 10/93) Summons in a Civil Case

