UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE
TURNOFF



### PLAINTIFF'S REQUEST FOR ENTRY ON LAND

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs, ACCESS NOW, INC. and EDWARD RESNICK ("Plaintiffs"), request permission from Defendant, FMC PLANTATION LIMITED PARTNERSHIP, to enter the premises of 321 University Drive, Plantation, Florida. Entry is requested for Plaintiff's counsel and ADA expert. The purpose of the entry is to inspect the Premises and photograph[1] the Fashion Mall at Plantation's compliance with the ADA. Entry is requested on April 10, 2000, at 10:00 a.m.

---

[1] No photographs will be taken of any of the Defendant's records. Primarily, Plaintiffs will photograph the entrance, restrooms and other areas accessible to the public.



Respectfully submitted,

NAVON, KOPELMAN, O'DONNELL & LAVIN, P.A.
Attorneys for Plaintiffs
2699 Stirling Road, Suite B-100
Fort Lauderdale, Florida 33312
Telephone:     (954) 967-2788

By: _____
    Gregory E. Schwartz, Esquire
    Florida Bar No. 95559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand delivery with the Complaint upon Defendant this __1__ day of February, 2000.

_____
Gregory E. Schwartz, Esquire