UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC., etc.,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/



### NOTICE OF STATUS CONFERENCE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the file. This matter is hereby set for status regarding service before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Tenth Floor, Courtroom 6, Miami, Florida on **Wednesday, May 3, 2000 at 3:30 P.M.**

**DONE AND ORDERED** at Miami, Florida, this 27th day of April, 2000.

                    DONALD L. GRAHAM
                    United States District Judge

cc: Gregory E. Schwartz, Esq.