UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DONALD L. GRAHAM



FILED by _____ D.C.
MAY - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CIVIL COURTROOM MINUTES

Case No. __00-6183__   Date: __5/3/00__

Style: __Access Now v. FMC Plantation__

Counsel for Plaintiff: _____

Counsel for Defendant: _____

Reporter: _____ Courtroom Deputy: _____

Law Clerk: __Marlee__

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: __re: service__
__Obviously, there has been service!__
__A has been served.__

__Possible settlement discussions!__

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____   Trial Set/Reset for: _____

Pretrial Conference: _____   Bench/Jury Trial: _____

Issues Referred to Mag: Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/Discovery/Other:

_____ Mag: _____ Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____