UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

CASE NO.: 00-6183-CIV-GRAHAM

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-STYLED COURT:

Please acknowledge this instrument as the Notice of Appearance of JOHN D. VOIGT, ESQUIRE as attorney for the Defendant.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished to: GREGORY E. SCHWARTZ, ESQUIRE, Navon, Kopelman, O'Donnell & Lavin, P.A., Attorneys for Plaintiffs, 2699 Stirling Road, Suite B-100, Fort Lauderdale, Florida 33312, this 4th day of May, 2000.

    DOUMAR, ALLSWORTH, CURTIS,
    CROSS, LAYSTROM, PERLOFF,
    VOIGT, WACHS & MAC IVER
    Attorneys for Defendant
    1177 S.E. 3rd Avenue
    Fort Lauderdale, Florida 33316
    Telephone: (954) 762-3400

    By: _____
        JOHN D. VOIGT, ESQUIRE
        Florida Bar No. 0317764