UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

ACCESS NOW, INC., and
EDWARD RESNICK,

      Plaintiffs,                      CASE NO.: 00-6183-CIV-GRAHAM

vs.                                     MAGISTRATE JUDGE TURNOFF

FMC PLANTATION LIMITED
PARTNERSHIP,

      Defendant.
_____/

## JOINT STATUS REPORT

1.    This action seeks an injunction against the Defendant, FMC PLANTATION LIMITED PARTNERSHIP for its alleged failure to comply with the Americans with Disabilities Act of 1990 ("ADA"). The Complaint alleges that the Plaintiffs are qualified individuals with disabilities who have been denied access to the Defendant's premises due to its alleged lack of compliance with The ADA. The Complaint also alleges that the Plaintiffs have suffered direct and indirect injury as a result of the Defendant's alleged inactions in not complying with the standards of the ADA. Further, the Plaintiff's Complaint alleges that the Defendant's property, a shopping mall, as a place of public accommodation, was required by the ADA to comply with its standards by January 26, 1992.

2.    The Plaintiffs are qualified individuals with disabilities who claim to have been denied access to the shopping mall known as the Fashion Mall at Plantation in



Plantation, Florida due to its alleged lack of compliance with the ADA. Defendant is the owner of a place of public accommodation known as "The Fashion Mall at Plantation." Both prior to the filing of this lawsuit and during the pendency of this lawsuit, the Plaintiff and/or the Plaintiffs' representative inspected The Fashion Mall at Plantation and found a number of violations of the ADA.

3. The legal issue in front of the Court at this time is whether or not the Defendant's property, The Fashion Mall at Plantation is in compliance with the ADA, 42 U.S.C. §12101 et seq.

4. There are no pending motions at this time.

5. Discovery is ongoing in this case. The parties have conducted a joint inspection of the Defendant's premises and the Defendant has provided Plaintiffs with relevant documents. Although the parties do not expect that this matter will require a trial, as the parties believe they have resolved the majority of the pending issues (see Paragraph 10 for additional details regarding settlement), the parties expect that this matter will be ready for trial April 15, 2001.

6. The parties expect that the trial will take approximately three (3) days.

7. The parties do not believe that there are any unique legal or factual aspects of this case which require special consideration by the Court.

8. The parties request that the trial be heard before a judge but have no

objections to pre-trial discovery motions being ruled upon by a Magistrate Judge. (See attached Election to Jurisdiction by a United States Magistrate Judge Form)

9b. The parties do not believe that there are any unique issues in this case which should be referred to a Special Master or Magistrate Judge.

10. As previously touched upon in Paragraph 5, the parties have conducted extensive settlement discussions in this matter and believe they have resolved the bulk of the pending issues between the parties. The parties fully expect that a settlement will be achieved but require additional time to address the final pending issues and reduce their Agreement to writing.

Navon, Kopelman, O'Donnell & Lavin, P.A.
Attorneys for Plaintiffs
2099 Stirling Road, Suite B-100
Fort Lauderdale, Florida 33312
(954) 907-2788
(954) 983-6310 (fax)

By: _____
Gregory B. Schwartz, Esquire
Florida Bar No.: 95339

Doumar, Allsworth, Curtis, Cross, Laystrom, Perloff, Voight, Wachs & Mac Iver
Attorneys for Defendant
1177 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
(954) 762-3400
(954) 468-1469 (fax)

By: _____
John D. Voight, Esquire
Florida Bar No.: 0317764

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,                                CASE NO.: 00-6183-CIV-GRAHAM

vs.                                            MAGISTRATE JUDGE TURNOFF

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a Final Order or Judgment with respect thereto:

| | | | | |
|---|---|---|---|---|
| 1. | Motions for Costs | Yes____ | No _X_ |
| 2. | Motions for Attorney's Fees | Yes____ | No _X_ |
| 3. | Motions for Sanctions | Yes____ | No _X_ |
| 4. | Motions to Dismiss | Yes____ | No _X_ |
| 5. | Motions for Summary Judgment | Yes____ | No _X_ |
| 6. | Discovery Motions | Yes _X_ | No____ |
| 7. | All Pretrial Motions | Yes____ | No _X_ |
| 8. | (Other)_____ | | |

10/3/00
(Date)

(Signature)

10/3/00
(Date)

For John Voigt, ESQ
(Signature)

_____
(Date)

_____
(Signature)

_____
(Date)

_____
(Signature)