UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES


FILED by _____ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6183    Date: 10/4/2000

Style: Access Now, Inc. v. FMC Plantation Ltd.

Counsel for Plaintiff: _____

Counsel for Defendant: _____
Reporter: Barbara        Courtroom Deputy: Clara

Law Clerk: Heather De Coursey

Status Conference/Pretrial Conference/Calendar Call/Hearing: _____
Parties have 20 days to file a Settlement documents or answer

Motion: _____ Granted: _____ Denied: _____

Calendar Call: 2/21/01         Trial Set/Reset for: 2/24/2000
Pretrial Conference: 1/24/01   Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary
Judgment/Discovery/Other:

_____  Mag: Turnoff    Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____