UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC., and EDWARD RESNICK

   Plaintiffs,

vs.

FMC PLANTATION LIMITED PARTNERSHIP,

   Defendant.
_____/

FILED by ___ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

**THIS CAUSE** came before the Court *sua sponte*.

**THE COURT** has previously ruled from the bench upon this matter. This order memorializes the ruling as set forth below. It is

**ORDERED AND ADJUDGED** that the parties have 20 days, through October 24, 2000, to file settlement documents. If settlement documents are not filed, Defendant must file a response to the Complaint within the 20 day time period.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2000.

                                   _____
                                   DONALD L. GRAHAM
                                   UNITED STATES DISTRICT JUDGE

cc: Gregory Eric Schwartz, Esquire
    John D. Voight, Jr., Esquire