UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC. and
EDWARD RESNICK

    Plaintiff(s),

vs.

FMC PLANTATION LIMITED

    Defendant(s).
_____/

FILED by ___ D.C.
OCT - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE OF MOTIONS

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **William C. Turnoff** to take all necessary and proper action as required by law:

    All Discovery Motions.

    **ORDERED AND ADJUDGED** that the parties shall follow the attached discovery motions procedure for Magistrate Judge William C. Turnoff.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of October, 2000.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge William C. Turnoff
     Gregory Schwartz, Esq.
     John D. Voight, Jr., Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

## DISCOVERY MOTIONS PROCEDURE FOR
## MAGISTRATE JUDGE WILLIAM C. TURNOFF

Magistrate Judge Turnoff will be holding a regular motion calendar in his courtroom (X-Old Courthouse) each Wednesday between 9:00 a.m. and 12:00 noon. At this calendar, Magistrate Judge Turnoff will consider any discovery motion which the moving party believes requires expeditious consideration and resolution. This calendar is limited to discovery motions arising from cases assigned to United States District Judge Donald Graham.

The following motions are eligible for consideration at the motion calendar: 1) motions placed on the calendar no later than five calendar days prior to the motion calendar; 2) by agreement of the parties, and the motion is placed on the calendar by 5:00 p.m. the previous Tuesday; 3) by agreement of the parties, any motion where the parties by agreement appear at the motion calendar.

Each motion will be allotted ten minutes per side for argument, and will be scheduled in the order in which they are received by Magistrate Judge Turnoff's secretary. "Walk-in" motions will be heard at the conclusion of the scheduled motions.

While written pleadings are not a prerequisite to being heard at the motion calendar, any written pleadings should be faxed to Magistrate Judge Turnoff's chambers by 5:00 p.m. on the Tuesday immediately prior to the Wednesday motion calendar. Magistrate Judge Turnoff's phone number is (305) 523-5710 and fax number is (305) 523-5719.