UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.  00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC. and
EDWARD RESNICK,

        Plaintiff(s),

vs.

FMC PLANTATION LIMITED,

        Defendant(s).

_____/



FILED by ___ D.C.

OCT - 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### SCHEDULING ORDER
### SETTING PRETRIAL CONFERENCE AND TRIAL DATES

This cause came before the Court _sua sponte_.  It is hereby
**ORDERED AND ADJUDGED** as follows:

1.    This cause is placed on the two-week trial calendar
beginning **February 26, 2001.**

2.    The pretrial conference will be held at **4:00 p.m.** on
**January 24, 2001.**

3.    The call of the calendar will be held at **3:30 p.m.** on
**February 21, 2001.**

4.    The pretrial conference, calendar call, and trial will be
held at the **United States District Courthouse, Federal Justice
Building, 99 Northeast 4th Street, Tenth Floor, Courtroom 6, Miami,
Florida.**

5.    If this case is not reached during the scheduled two week
calendar, it will automatically roll over to the succeeding two
week calendar until tried.

6.    Counsel must meet prior to the pretrial conference to

confer on the preparation of a **Joint** Pretrial Stipulation. With respect to Pretrial Stipulation submissions regarding expert witnesses, the parties are referred to Local Rule 16.1(K). **Failure to file a Joint Pretrial Stipulation on or before the date set forth below shall be grounds for dismissal.**

7.    The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(E). **The Court will <u>not</u> allow Unilateral Pretrial Stipulations.**

8.    In cases tried before a jury, each party shall file a copy of the proposed voir dire questions on or before the date set forth below. In addition, the parties shall file jury instructions and verdict forms on or before the date set forth below. In order to file jury instructions and verdict forms, the parties must do the following:

  (1) They shall meet to confer on the preparation of Joint Jury Instructions and a Joint Verdict Form. From their conference, the parties shall timely file a set of Proposed Joint Jury Instructions and a Proposed Joint Verdict Form; and

  (2) To the extent that the parties cannot agree on certain instructions or certain portions of the verdict form, they may file their own set of Proposed Jury Instructions or a Proposed Verdict Form.

All proposed <u>joint</u> and <u>separate</u> jury instructions and <u>joint</u> and <u>separate</u> verdict forms must be filed with the Court on or before the date set forth below.

Each jury instruction shall be typed on a separate sheet and shall be drafted from the U.S. Eleventh Circuit <u>Pattern Jury Instructions - Civil Cases</u> (West) or Devitt, Blackmar's <u>Federal Jury Practice and Instructions - Civil</u> (West).

**Failure to timely file jury instructions and verdict forms as directed above shall be grounds for sanctions, including dismissal.**

9.   In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law on or before the date set forth below.

In order to file Proposed Findings of Fact and Conclusions of Law, the parties must do the following:

> (1) They shall meet to confer on the preparation of Joint Proposed Findings of Fact and Conclusions of Law.  From their conference, the parties shall timely file a set of Proposed Joint Findings of Fact and Conclusions of Law; and

> (2) To the extent that the parties cannot agree on certain Findings of Fact and Conclusions of Law, they may file their own set of proposed Findings of Fact and Conclusions of Law.

All proposed <u>joint</u> and <u>separate</u> Findings of Fact and Conclusions of Law must be filed with the Court on or before the date set forth below.

Proposed Conclusions of Law shall be supported by citations of authority.

**Failure to timely file Findings of Fact and Conclusions of Law as directed above shall be grounds for sanctions, including**

**dismissal.**

10. A Motion for Continuance shall not stay the requirement for the filing of a Joint Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence. The pretrial conference and trial will not be continued except upon a showing of exceptional need.

11. All Notices of Conflict shall include a statement detailing the dates the cases were scheduled for trial. Under existing polices and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

12. All motions for extensions of time shall be accompanied by a proposed order. Counsel are reminded to comply with Local Rules 7.1(A)(4).

13. **A PENDING MOTION TO DISMISS SHALL NOT STAY DISCOVERY.**

14. Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

15. <u>Use of Depositions as Substantive Evidence</u>. If a deposition is to be used as <u>substantive evidence</u>, the party wishing to do so must designate by line and page reference those portions in writing. The designations must be served on opposing counsel at least 10 days prior to the pretrial conference. The adverse party shall serve and file, within three days thereafter, his objections, if any, to the designations, including "any other part which ought in fairness to be considered with the part introduced." <u>See</u> <u>Fed</u> <u>R.</u> <u>Civ.</u> <u>P.</u> 32(a)(4).

16. All exhibits must be pre-marked. The Plaintiff shall mark its exhibits numerically. Defendant shall mark its exhibits alphabetically. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The exhibit list must be set forth in the form of the Exhibit List attached to this Scheduling Order.

17. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| October 26, 2001 | Deadline to exchange expert witness information pursuant to Local Rule 16.1(K). Only those expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify. |
| November 13, 2001 | Joinder of Additional Parties and |

Amended Pleadings.

| | |
|---|---|
| November 24, 2001 | Deadline to exchange rebuttal expert witness information pursuant to Local Rule 16.1(K). Only those rebuttal expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify |
| December 11, 2001 | All discovery must be completed. |
| December 18, 2001 | All Pretrial Motions and Memoranda of Law must be filed. |
| January 15, 2001 | Joint Pretrial Stipulation must be filed. |
| February 14, 2001 | Jury Instructions and Verdict Forms or Proposed Findings of Fact and Conclusions of Law. |

18.  All pretrial Motions in Limine shall be filed not later than twelve (12) days prior to the scheduled Calendar Call.  All oppositions to Motions in Limine must be filed seven (7) days prior to the scheduled Calendar Call.

19.  In order to facilitate the accurate transcription of the trial proceeding, the parties shall mail to Barbara Medina, the Court's Official Court Reporter, at 99 N.E. 4th Street, Room 1067, Miami, FL  33132, a copy of (1) the witness and exhibit lists and (2) a designation of unique proper nouns/names which may be raised at trial, to be received no later than five (5) days prior to the scheduled trial period.

20.  If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5130 and to submit an appropriate Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1).  Such Order must be filed within ten (10) days of notification of settlement to the Court.

**DONE AND ORDERED** at Miami, Florida, this _____ 5th _____ day of
October, 2000.

DONALD L. GRAHAM
United States District Judge


cc:  Gregory Schwartz, Esq.
     John D. Voight, Jr., Esq.
     U. S. Magistrate Judge William C. Turnoff

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

v. _____                    **EXHIBIT AND WITNESS LIST**

CASE NUMBER: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size