UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

CASE NO.: 00-6183-CIV-GRAHAM

vs.

MAGISTRATE JUDGE TURNOFF

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES

Plaintiffs, ACCESS NOW, INC. and EDWARD RESNICK ("Plaintiffs"), through their undersigned counsel, hereby files their response to Affirmative Defenses and states as follows:

1.    Each and every Affirmative Defense raised by Defendant is hereby denied and strict proof is demanded thereof.

Dated: October 27, 2000.

    NAVON, KOPELMAN, O'DONNELL & LAVIN, P.A.
    Attorneys for Plaintiffs
    2699 Stirling Road, Suite B-100
    Fort Lauderdale, Florida 33312
    Telephone:    (954) 967-2788

    By: _____
    Gregory E. Schwartz, Esquire
    Florida Bar No. 95559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Affirmative Defenses was forwarded by U.S. Mail to John D. Voigt, Esquire, 1177 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316 this 27th day of October, 2000.

_____
Gregory E. Schwartz, Esquire