# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE DONALD L. GRAHAM

### CIVIL COURTROOM MINUTES



FILED by _____ D.C.

JAN 24 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA., MIAMI

Case No. __OO-6183_____    Date: __1/24/01_____

Style: _Access (p.) v. FMC Plantation_____

Counsel for Plaintiff: __Gregory Schwartz_____

Counsel for Defendant: __John Voight_____

Reporter: _Barbara Medina_____ Courtroom Deputy:_____

Law Clerk: _Heather DeCoursey_____

Status Conference/Pretrial Conference/Calendar Call/Hearing: _____

_____

_____

_____

_____

Motion: _____Granted:_____Denied: _____

Calendar Call: _2/21/01_____    Trial Set/Reset for: _____
Pretrial Conference: _____    Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary
Judgment/Discovery/Other:

_____ Mag: _____    Mediation: Yes:___  No: ___

MISCELLANEOUS NOTES: _____

_____

