UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL MINUTES FOR HON. DONALD L. GRAHAM**

Date: __January 24, 2001__   Case No. __00-6183-CIV- DLG__

Clerk: __Wilma Jackson__   Reporter: __Barbara Medina__

Title of Case: __ACCESS NOW, INCORP., and EDWARD RESNICK -v- FMC PLANTATION LIMITED__

P. Attorney: __Gregory E. Schwartz__

D. Attorney: __John D. ~~Voight~~ White, Jr.__

Reason for hearing: ~~Calendar Call~~ P-T cnf

Result of hearing: Parties have not med. because they have agreed to all issues. Status cnf 2/21/01 advise as to what happened in State Ct.

Misc._____

Case continued to:_____ Time:_____ For:_____

