UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC., and EDWARD RESNICK

    Plaintiffs,

vs.

FMC PLANTATION LIMITED PARTNERSHIP,

    Defendant.
_____/



FILED by _____ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion for Continuance of Trial Date.

**THE COURT** has reviewed the motion, the pertinent portions of the pleadings and being otherwise fully advised it is,

**ORDERED AND ADJUDGED** that Defendant's Motion is DENIED without prejudice. Defendant may raise its motion for continuance again, if necessary, at the calendar call in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2001.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Gregory Eric Schwartz, Esquire
    John D. Voight, Jr., Esquire

