UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM



FILED by _____ D.C.
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CIVIL COURTROOM MINUTES

Case No. 00-6183   Date: 2/21/01

Style: Access Now et al. v. FMC Plantation

Counsel for Plaintiff: Gregory Schwartz

Counsel for Defendant: John Wright
Reporter: Barbara Medina   Courtroom Deputy: _____

Law Clerk: Heather DeCoursey

Status Conference/Pretrial Conference/Calendar Call/Hearing: _____

Status again in two weeks regarding status of new party. New party is to appear

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____   Trial Set/Reset for: _____
Pretrial Conference: _____   Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/Discovery/Other:

_____ Mag: _____   Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____

