UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,
    Defendant.
_____/

FILED by _____ D.C.
FEB 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF STATUS CONFERENCE

THIS CAUSE is hereby set for a status conference regarding new party before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Tenth Floor, Courtroom 6, Miami, Florida on **Wednesday, March 7, 2001 at 3:30 P.M.**  The new party to this action shall appear at the status conference.

**DONE AND ORDERED** at Miami, Florida, this _25th_ day of February, 2001.

                                                  DONALD L. GRAHAM
                                                United States District Judge

cc:  Gregory E. Schwartz, Esq.
     John Voight, Jr., Esq.