UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

FILED by /b D.C.
MAR - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Case No. 00-6183-cv   Date: 3/7/01

Style: Access Now v FMC Plantation

Counsel for Plaintiff: _____

Counsel for Defendant: _____
Reporter: Barbara Medina   Courtroom Deputy: Clara Foster

Law Clerk: Heather DeCoursey

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

Re-Set for trial    April 9
Calendar Call       April 4

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____   Trial Set/Reset for: _____
Pretrial Conference: _____   Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary
Judgment/Discovery/Other:

_____ Mag: _____   Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____

