UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC.,

   Plaintiff,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

   Defendant.
_____/



## NOTICE SETTING CALENDAR CALL AND TRIAL DATES

**THIS CAUSE** came before the Court upon a <u>sua sponte</u> review of the file. This matter is hereby set for trial for the two-week trial calendar commencing **April 9, 2001**. Calendar call will be held at **3:30 p.m.** on **Wednesday, April 4, 2001**. The calendar call and trial will be held before the Honorable Donald L. Graham, James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Eleventh Floor, Courtroom 1, Miami, Florida.

**DONE AND ORDERED** at Miami, Florida, this ___7th___ day of March, 2001.

                                                   _____
                                                   DONALD L. GRAHAM
                                                   United States District Judge

cc:  Gregory E. Schwartz, Esq.
     John Voight, Esq.

