UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

FILED by _____ D.C.
APR - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CIVIL COURTROOM MINUTES

Case No. 00-6183                     Date: 4/4/01

Style: Access Now v FMC Plantation

Counsel for Plaintiff: Greg Schwartz

Counsel for Defendant: John Voight

Reporter: BARBARA MEDINA                Courtroom Deputy: CLARA FOSTER

Law Clerk: ~~LOTHROP MORRIS~~ Heather DeCoursey

Status Conference/Pretrial Conference/(Calendar Call)/Hearing: ___

Be ready to go to trial on Wednesday.

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____        Trial Set/Reset for: 4/11/01
Pretrial Conference: _____  Bench/Jury Trial: _____

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/Discovery/Other:

_____ Mag: ~~Surgnet~~       Mediation: Yes: X  No: __

MISCELLANEOUS NOTES: _____