**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6183-CIV-GRAHAM/TURNOFF

ACCESS NOW, INC. et.al.

    Plaintiffs,

vs.

FMC PLANTATION LIMITED PARTNERSHIP,

    Defendant.
_____/



FILED by ___ D.C.
APR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Notice of Settlement.

**THE COURT** has considered the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case be, and the same is hereby DISMISSED IN ITS ENTIRETY, pursuant to the parties' settlement agreement. The parties shall file within fifteen days (15) a Stipulation of Dismissal, Order of Dismissal, Judgment or any other pertinent document necessary for concluding this action. The Court shall retain jurisdiction over this matter for a period of sixty (60) days to enforce settlement if necessary. It is further,



**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order Dismissing Cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2001.

```
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE
```

cc: Gregory Eric Schwartz, Esquire
    John D. Voight, Jr., Esquire