UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

      Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

      Defendant.

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

_____/

## NOTICE OF CHANGE OF FIRM

COMES NOW, Gregory E. Schwartz, counsel for Plaintiffs, EDWARD RESNICK and

ACCESS NOW, INC., and notifies this Court as well as all parties and counsel of record of the

following change of firm. Counsel for Plaintiffs can now be reached at:

      Gregory E. Schwartz, P.A.
      5620 Oakview Terrace
      Fort Lauderdale, Florida 33312
      (954) 966-2483 (phone)
      (954) 212-2940 (fax)

Dated this ___ day of April, 2001.

      Gregory E. Schwartz, Esq.
      Attorneys for Plaintiffs
      5620 Oakview Terrace
      Fort Lauderdale, Florida 33312
      Telephone:    (954) 966-2483

      By: _____
          Gregory E. Schwartz, Esquire
          Florida Bar No. 95559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to John D. Voigt, Esquire, 1177 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316 this ___ day of April, 2001.

Gregory E. Schwartz, Esquire
Florida Bar No. 95559