UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

## STIPULATION FOR SUBSTITUTION OF COUNSEL

It is hereby stipulated and agreed by and between the undersigned that the NAVON KOEPLMAN O'DONNELL & LAVIN shall withdraw from this cause and that the LAW OFFICES of GREGORY E. SCHWARTZ shall be substituted and shall appear in this cause and shall represent the Plaintiffs, EDWARD RESNICK and ACCESS NOW, INC.

The parties to this Stipulation agree and consent to the entry of the Order below.

DATED this 20th day of April, 2001.

| | |
|---|---|
| NAVON, KOPELMAN, O'DONNELL & LAVIN, P.A. 2699 Stirling Road, Suite B-100 Fort Lauderdale, Florida 33312 (954) 967-2788 (954) 212-2940 (fax)<br><br>By: _____<br>Andrew T. Lavin<br>Florida Bar No.: 260827 | THE LAW OFFICES OF GREGORY E. SCHWARTZ 5620 Oakview Terrace Ft. Lauderdale, Florida 33312 (954) 966-2483 (954) 212-2940 (fax)<br><br>By: _____<br>Gregory E. Schwartz<br>Florida Bar No.: 95559 |

EDWARD RESNICK and ACCESS NOW, INC. hereby consent to the proposed substitution of counsel.

_____
EDWARD RESNICK, individually and as President
of ACCESS NOW, INC.