UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

### NOTICE OF CHARGING LIEN BY NAVON, KOPELMAN, O'DONNELL & LAVIN, P.A.

Navon, Kopelman, O'Donnell & Lavin, P.A. ("NKOL") prior counsel for Plaintiffs hereby serv this Notice that NKOL and its shareholders claim and are entitled to a charging lien in an amount to be mutually agreed upon or as may be established by the Court, for attorney's fees and costs due for professional services rendered to Plaintiffs to be impressed upon any settlement, order or judgment, or other disposition is this case.

DATED: April 1٩, 2001.

          NAVON, KOPELMAN,
          O'DONNELL & LAVIN, P.A.
          Attorney for Plaintiff, Access Now
          2699 Stirling Road, Suite B-100
          Fort Lauderdale, FL 33312
          Telephone: (954) 967-2788
          Facsimile: (954) 983-7021

By: _____
          Garry W. O'Donnell, Esq.
          Florida Bar No.: 478148



**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that a true and correct copy of the foregoing has been served via U.S. mail upon: John D. Voigt, Esquire, 1177 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316; and Gregory E. Schwartz, Esq., The Law Offices of Gregory E. Schwartz, 5620 Oakview Terrace, Fort Lauderdale, Florida 33312 this 15 day of April, 2001.

_____
Garry W. O'Donnell, Esq.

\\Host\doc\Schwartz\Access Now\Fashion Mall at Plantation\Pleadings\Notice of Charging Lien.wpd

2