UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

## NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Plaintiffs, ACCESS NOW, INC. and EDWARD RESNICK, by and through the undersigned counsel, hereby file with the Court this Notice of Settlement and Notice of Dismissal With Prejudice. This Plaintiffs request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

WHEREFORE, the Plaintiffs move this Court for the entry of the Final Order set forth below. Dated this 26 day of April, 2001.

THE LAW OFFICES OF GREGORY E. SCHWARTZ
Attorneys for Plaintiffs
5620 Oakview Terrace
Fort Lauderdale, Florida 33312
Telephone:   (954) 966-2482
Facsimile    (954) 212-2940

By: _____
    Gregory E. Schwartz, Esquire
    Florida Bar No. 95559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

vs.

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

CASE NO.: 00-6183 CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

## **FINAL ORDER**

THIS CAUSE came before this Court upon the Plaintiff's Notice of Settlement and Dismissal With Prejudice and based thereon, it is:

ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed in its entirety with prejudice.

2. This Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

DONE AND ORDERED in Chambers at Miami Dade County, Florida this ___ day of _____, 2001.

                                                                _____
                                                                Donald Graham
                                                                United States District Judge

cc:    Gregory E. Schwartz, Esquire
        John Voigt, Esquire