UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS NOW, INC., and
EDWARD RESNICK,

    Plaintiffs,

CASE NO.: 00-6183 CIV-GRAHAM

vs.

MAGISTRATE JUDGE TURNOFF

FMC PLANTATION LIMITED
PARTNERSHIP,

    Defendant.
_____/

FILED by ____ D.C.
MAY -8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### FINAL ORDER

THIS CAUSE came before this Court upon the Plaintiff's Notice of Settlement and Dismissal With Prejudice and based thereon, it is:

ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed in its entirety with prejudice.

2. This Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

DONE AND ORDERED in Chambers at Miami Dade County, Florida this 7th day of May, 2001.

Donald Graham
United States District Judge

cc:    Gregory E. Schwartz, Esquire
       John Voigt, Esquire